UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

Plaintiff,

v.

Kijuana E. Evans
Lonnie Griffin,

Defendants.
_________________________________/

Criminal No. 26-cr-20639

Honorable Laurie J. Michelson

**ORDER GRANTING GOVERNMENT'S MOTION TO UNSEAL INDICTMENT AND ARREST WARRANT**

For the reasons stated in the government's motion, it is ordered that the Indictment and Arrest Warrant be unsealed.

**IT IS SO ORDERED.**

s/David R. Grand
_________________________________
David R. Grand
United States Magistrate Judge

Entered: 10/1/26