UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

Plaintiff,

Case No. 2:26-cr-20639
Honorable Laurie J. Michelson

v.

D-1 Kijuana Evans,
D-2 Lonnie Griffin,

Defendants.

---

**Forfeiture Bill of Particulars**

---

The United States of America, by and through its undersigned counsel, submits this Forfeiture Bill of Particulars, pursuant to Rule7(f) of the Federal Rules of Criminal Procedure to restate, supplement, and clarify the forfeiture allegations contained in the Indictment, ECF No. 1, and to provide notice of specific property the Government intends to forfeit upon conviction.

The allegations set forth in the Indictment are realleged and incorporated herein by this reference for the purpose of alleging forfeiture pursuant to Federal Rule of Criminal Procedure 32.2(a), 18

U.S.C. §§ 982(a)(1) and 982(b)(2)(F) together with 28 U.S.C. § 2461, including, but not limited to:

- 2024 Ford Transit 350 Van registered to Kijuana Evans and in the possession of Deondra Gray at XXXXX Spencer St, Detroit, Michigan (25-FBI-002246)

This Forfeiture Bill of Particulars is also filed to comply with the provisions of 18 U.S.C. § 983(a)(3), and the government reserves its right to file a civil forfeiture complaint regarding the identified property, if necessary, at the conclusion of this criminal action.

This notice does not limit the government from seeking the forfeiture of additional specific property, including substitute assets, or limit the government from seeking the imposition of a forfeiture money judgment.

Respectfully submitted,

JEROME F. GORGON, JR.
United States Attorney

S/ Philip A. Ross
Philip A. Ross (VA 70269)
Assistant U.S. Attorney
211 W. Fort Street, Ste. 2001
Detroit, Michigan 48226
(313) 226-9790
Philip.Ross@usdoj.gov

Dated: October 1, 2026

**Certification of Service**

I hereby certify that on October 1, 2026, the foregoing document filed with the Clerk of the Court using the ECF system, which will electronically serve all ECF participants.

S/ Philip A. Ross
Philip A. Ross (VA 70269)
Assistant U.S. Attorney
211 W. Fort Street, Ste. 2001
Detroit, Michigan 48226